AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JOEL BOSH <br><br> *Plaintiff(s)* <br> v. <br> BANCO POPULAR DE PUERTO RICO, INC. and FUNDACION BANCO POPULAR, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-cv-02698-JAG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BANCO POPULAR DE PUERTO RICO, INC.
209 MUÑOZ RIVERA AVENUE
SAN JUAN, PUERTO RICO 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAUL GONZALEZ-TORO, ESQ.
PO BOX 270343
SAN JUAN PR 00928-3343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ
*CLERK OF COURT*

Date: _____11/03/2015_____

**ALEXANDRA ROBLEDO**
Deputy Clerk

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOEL BOSH <br><br> *Plaintiff(s)* <br> v. <br> BANCO POPULAR DE PUERTO RICO, INC. and <br> FUNDACION BANCO POPULAR, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 15-cv-02698-JAG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FUNDACION BANCO POPULAR, INC.
LCDO. ERNESTO MAYORAL, REGISTERED AGENT
CALLE TETUAN 206 OFICINA 70
EDIFICIO BANCO POPULAR VIEJO SAN JUAN
SAN JUAN, PUERTO RICO 00901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    RAUL GONZALEZ-TORO, ESQ.
PO BOX 270343
SAN JUAN PR 00928-3343

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ
*CLERK OF COURT*

ALEXANDRA ROBLEDO
Deputy Clerk

Date:    11/03/2015

*Signature of Clerk or Deputy Clerk*