### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOEL BOSH, | ) |
| Plaintiff, | ) Case No. 3:15-cv-02698 (JAG-CVR) |
| v. | ) |
| BANCO POPULAR DE PUERTO RICO, INC. and FUNDACION BANCO POPULAR, INC., | ) |
| Defendants. | ) |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

COME NOW Defendants Banco Popular de Puerto Rico and Fundación Banco Popular, and respectfully aver and pray:

1. The parties have reached a settlement and have resolved the main issue separating them.

2. Currently, only confirmation as to some particular language is pending and the Agreement is otherwise ready for execution.

3. The parties will file a stipulation of dismissal after certain conditions established in the Agreement are met.

**WHEREFORE,** Defendants respectfully request that this Honorable Court take notice of the foregoing and grant until February 28, 2018 to file the Stipulation of Dismissal of the Claim.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on January 31, 2018.

It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        PIETRANTONI MÉNDEZ & ALVAREZ LLC
        Popular Center, 19th Floor
        208 Ponce de León Ave.
        San Juan, Puerto Rico 00918
        Tel: (787) 274-1212
        Fax: (787) 274-1470

        María Dolores Trelles Hernández, Esq.
        USDC-PR Bar No. 225106
        mtrelles@pmalaw.com

        /s/ Mariana Muñiz Lara
        Mariana Muñiz Lara, Esq.
        USDC-PR Bar No. 231706
        mmuniz@pmalaw.com

        *Attorneys for Defendants*